ANITA KARCHER, PLAINTIFF-RESPONDENT, v. PHILA-
DELPHIA FIRE AND MARINE INSURANCE COMPANY,
DEFENDANT-PETITIONER.

See same case below: 32 *N. J. Super.* 496.

*Messrs. Ely & Ely* for the petitioner.

*Mr. Sol Herships* and *Mr. Hymen B. Mintz* for the
respondent

April 25, 1955. Granted.

HORACE N. RUBENSTEIN, PLAINTIFF-PETITIONER, v.
NATALIE RUBENSTEIN, *ET AL.*, DEFENDANTS-RE-
SPONDENTS.

*Mr. Ward Kremer* for the petitioner.

*Messrs. Parsons, Labrecque, Canzona & Combs* and *Messrs.
Barkalow, McGowan & Krusen* for the respondents.

April 25, 1955. Granted.